IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE,           )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>MADISON COUNTY PROBATION    )<br>AND PAROLE DEPARTMENT, et   )<br>al.,                        )<br>                             )<br>     Defendants.            ) | CIVIL ACTION NO.<br>   2:23cv199-MHT<br>        (WO) |

## OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that his rights to due process and equal protection were violated during parole-revocation proceedings that took place in Madison County, Alabama.  This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. §§ 1391(b) and 1404(a).  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. 4) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

(3) All pending motions are left for resolution by the transferee court.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 23rd day of May, 2023.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**